**BABCHIK & YOUNG, LLP**
ATTORNEYS AT LAW

245 MAIN STREET, SUITE 330
WHITE PLAINS, N Y 10601
TEL (914) 470-0001
FAX (914) 470-0009

Writer's Extension 15

October 24, 2019

*Via ecf*

Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY

      Re:   *Davidson v. Lacrosse Unlimited, Inc., et al.*
              *19 CV 3754*

Dear Judge Chen:

     Please be advised that we represent defendant in the above referenced matter and write in response to the Court's Order dated October 10, 2019. The parties have reached an agreement to settle this employment discrimination matter and are currently exchanging the necessary documents and settlement amounts. The undersigned apologizes to the Court for failing to earlier contact the Court and for any inconvenience and respectfully requests an extension of time, *sine die*, to respond to the Complaint [said extension to allow for the filing of the stipulation of discontinuance.] Plaintiff's counsel has consented to this application.

     Thank you for your attention to this matter.

                                             Respectfully submitted,

                                             Jordan Sklar

cc:  *Via ecf*

     Gregory O. Koerner, Esq.
     Koerner & Associates, LLC
     *Attorneys for Plaintiff*
     233 Broadway, Suite 2208
     New York, New York 10279